

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2007

BY FACSIMILE
Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 0 2007

Re:   United States v. Phil Endellicate et al., 07 Cr. 889

Dear Judge Katz:

      Three defendants in the above-captioned case were arrested this morning, and will be presented later today. In order to facilitate their presentment, the Government respectfully requests that the above-captioned indictment be unsealed and assigned to a District Judge (Wheel B).

      Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Benjamin Gruenstein
Assistant United States Attorney
(212) 637-2315

SEP 2 0 2007

SO ORDERED:

_____
United States Magistrate Judge

THEODORE H. KATZ
UNITED STATES   MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK