CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

**United States District Court**

**DISTRICT:** SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ERNEST DEANGELIS, a/k/a "Ernie" | **DOCKET NO.** 07 CRIM. **MAGISTRATE'S CASE NO.** 889 |
| | **NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>ERNEST DEANGELIS |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | **DISTRICT OF ARREST** |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | **CITY** |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conducting an illegal gambling business; conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 1955 |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|---|
| ORDERED BY | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>9/19/2007 |
| CLERK OF COURT | | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>09/19/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>SA GREGORY S. MICELI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>09/20/2007 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.