LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor • Paralegal

RECEIVED JAN - 7 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**MEMO ENDORSED**

January 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

Via Facsimile: (212) 805-7917

The Honorable Robert P. Patterson, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: *United States v. Endellicate, et. al.*
07 Cr. 889 (RPP)

Dear Judge Patterson:

We are respectfully requesting an adjournment of Ernest DeAngelis' sentencing, presently scheduled for Tuesday, February 5, 2008, to a date in April. The reason for this request is due to the fact that a Probation Officer is yet to be assigned for a Presentence Investigation report. This is our first request for an adjournment of Mr. DeAngelis' sentence. We have communicated with AUSA Benjamin Gruenstein, who indicates that any date in Mid-April is fine with him.

We therefore request an adjournment until a date in Mid-April for Ernest DeAngelis' sentencing.

Respectfully submitted,

*Murray Richman / cs*
MURRAY RICHMAN

MR/cs

cc: AUSA Benjamin Gruenstein
fax #: (212) 637-0097

[Handwritten endorsement: Application granted. Sentencing adjourned to April 10, 2008 at 4 p.m. So ordered. Robert P. Patterson, USDJ 1/8/08]