LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674



OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

March 12, 2008

By Facsimile: (212) 805-7917

The Honorable Robert P. Patterson, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re: **_United States v. Ernest DeAngelis_**
1:07-cr-00889-RPP-7

Dear Judge Patterson:

I previously received consent from AUSA Benjamin Gruenstein for my client, Ernest DeAngelis, to travel to Aruba from February 10, 2008, to March 4, 2008. I believed that we had requested the same from the Court. We have since learned that we were in error.

I am respectfully requesting the Court's approval, nunc pro tunc, just to keep everything in order. Mr. DeAngelis has returned and has been reporting to Pretrial Services. It was my error and no one else's.

Should the Court need anything further, please contact my office. Thank you for your consideration.

Respectfully submitted,

*Murray Richman*
MURRAY RICHMAN

application granted
So Ordered
Robert Patterson USDJ
3/12/08

MR/cs

cc: AUSA Benjamin Gruenstein
Fax #: (212) 637-0097

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08