January 2, 2008

Dear Judge Patterson,

I am writing this letter on behalf of my father, Ernest DeAngelis. I can tell you without hesitation and with the greatest confidence that my father is the most exceptional man I will ever have the pleasure of knowing in my lifetime.
He is decent and fair and kind and generous. My father selflessly cares for all around him- brothers, sisters, parents, cousins, nieces, nephews, friends and neighbors, as well as his four daughters and wife. I have never known my father to place judgment on anyone, as he is usually the one person that gives all others the benefit of the doubt. He is extremely humble and would never recognize how many people rely on him and need him to be part of their lives. He never expects anything in return.

My sisters and I learned from him what it means to be a truly good person- we learned by example. Love and support is never something we asked for, it came to us unconditionally. Education was emphasized in our household and my father made sure the four of us had the opportunity to attend college, a privilege he was not afforded, and stood proudly at each and every graduation.

My father suffers from mental illness, and has battled depression most of his life. Debilitating at times, his illness has required hospitalization. He continues to fight this illness everyday and works very hard to maintain his health, but my father has never complained or felt sorry for himself. I believe his greatest fear is always how his illness will affect his family and his top priority was shielding all of us from any upset. He became a tremendous support and compassion to others suffering from depression and will spend countless hours listening, counseling and sharing experiences with anyone in need.

I feel his illness has played a big role in his increased faith. My father attends church every week and makes regular donations to St. Ignatius in Long Beach, New York. His faith has strengthened over the years, but he never attends church because it is an obligation – his only motive is to pray for peace, health and happiness for himself and his family.

This March I will be getting married and it is very important that my father stand next to me that day, walk me down the aisle, and dance and celebrate with our family. I could not and would not do it without him. I ask you that you please consider this during sentencing. My parents prioritized each other and our family and created a life and childhood memories that are priceless- I hope and pray I could do the same for my own family in the future. If I could accomplish half of what they have done, I will be lucky.

Anyone who has had the great pleasure of meeting and knowing my father can understand and validate all that I have written. We are all lucky to have him, to learn from him and to love him. Nothing in this world makes me more proud than to tell you Ernest DeAngelis is my father- I will forever strive to make him proud as he has done for all of us.

Regards,


Liza DeAngelis