December 30, 2007

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Dear Judge Patterson,

My name is Danielle DeAngelis and I am Ernie DeAngelis' daughter. I would like to tell you about my dad.

My father is the center of my family, the touchstone for his children and the most honest man I have ever known. I am one of his four daughters, and we have all graduated from college and became successful in our endeavors, and much is due to my father's determination to make his children's lives better. He is my go-to-guy when I have any dilemma in my personal life or with my career. I cannot count the times I have heard from friends, neighbors, and total strangers that my father is the greatest guy they have ever known!

My father is a man of faith, so I am sure he believes that God will guide him and help him through whatever experiences present themselves. He has taken steps in his life to be the best man he can be: to his daughters, his wife, his friends and his family.

My father has spent his life worrying about his entire family. I have never had to worry about him except at times when he has suffered from severe depression. Actually, until I was in my twenties, my parents shielded us from the severity of his illness in order to keep us from worrying too much. Now I am worried about him and I hope that you take into consideration the fact that he is a decent man that is integral to his family's happiness.

Sincerely,

*[signature: Danielle DeAngelis]*

Danielle DeAngelis