March 11, 2008

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York

Dear Honorable Judge Patterson:

    My name is Luann DeAngelis; I am Ernie DeAngelis's younger sister. I appreciate you taking the time to read this letter and consider my plea for leniency in the sentencing of Ernie. My brother is more than just a brother to me. He is my best friend. He is a very caring man who has provided for and cared for his family as long as I can remember. Actually, he has been like a father to me since the death of our father over thirty years ago. I can not imagine what my siblings and I would have done without him and his support over the years.

    Currently, I am a forty-six year old mother of three living in Georgia. Recently I was diagnosed with a terminal disease. Due to this unexpected illness, I have lost my job, and subsequently my home, because I have been unable to work. At this time, I am renting a small house, and without Ernie's support, my children and I certainly would have become homeless. We have depended on his financial support for the last two years.

    Additionally, I am waiting for liver transplant that will possibly save my life, my children's mother's life. However, thanks to Ernie's support, I do not have to worry about what might happen to my children in the near or distant future – no matter what happens to me. I have been able to rest in the knowledge that like myself, my children will be able to depend on Ernie to provide for their needs.

    Ernie also has a wonderful family of his own to support. He has a lovely wife and four beautiful daughters to whom I am very close. Ernie is a fine father who is always there for his girls. One thing I have learned over the years is that it does not matter how old you are, **you need your father**. Ernie's children need him so that they do not have to grow up without a father, as Ernie and I did. They will not have to suffer for mistakes they did not make, for which they are innocent. His daughters need the daily presence and support of a father – their father – Ernie DeAngelis.

    Ernie has helped support many of his family members who have been in need at one time or another. I believe that these situations may have contributed to his involvement in his current unfortunate situation. It is his commitment to family and his integrity to his responsibilities that make his family love and rely on him so very much.

    Your Honor, it is my most fervent prayer that you will consider how much his immediate and extended family needs him as you consider his sentence. Please remember that he is a good man who is a wonder father, husband, brother and friend upon whom many of us depend for emotional and financial support. With respect, I request that you please show my brother, Ernie DeAngelis, leniency in this matter. I am quite sure that he will be an even more honest and productive citizen after this experience. Thank you for your time and consideration in this matter.

    Sincerely,

*Luann DeAngelis*
Luanne DeAngelis