

**stahl** EYE CENTER

Benjamin Chang, M.D.
T. J. Hufnagel, M.D.
Marc Werner, M.D.
Elias Aliprandis, M.D.
K. Buol Heslin, M.D.
Harry Briffel, O.D.
Brian Lewy, O.D., F.A.A.O.

Refractive Surgery • Cataract Surgery
Glaucoma • Cornea and External Disease
Medical & Surgical Retina • Diabetic Retinopathy
Age Related Macular Degeneration
Ophthalmic Plastic & Reconstructive Surgery
Neuro-ophthalmology • Optometry
Contact Lenses

January 16, 2008

The Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of NY
500 Pearl Street, Room 2550
New York, NY 10007

RE: Deangelis, Ernest

Dear Judge Patterson,

I am writing this letter on behalf of Ernest Deangelis. I have known Ernie both as a friend, and most recently as his physician for over 25 years.

Anyone who knows Ernie as well as I do would find him to be an extremely caring and very generous man. By nature, he is quite reticent, and I am sure would be reluctant to discuss his generosity, but anyone who knows him would vouch for this. His generosity exists not only on a material basis, but perhaps more importantly on an emotional basis as well.

Ernie also deserves a lot of credit for his accomplishments in life, most notably with the success of his daughters, for which he deserves an enormous amount of credit. He is self made, and achieved most of his successes without significant formal education. However, despite this, he has stressed the importance of education and family to his children, all of whom have taken this to heart, with great success.

His eldest daughter is a physician at Mt. Sinai Hospital specializing in the care of patients with multiple sclerosis. I am sure that she would agree that a good portion of her success is due to the influence that her parents have had.

As his physician, I have known that Ernie has also suffered with significant manic depressive illness, which has required him to be hospitalized. It is not in his nature, however, to use this significant illness as an excuse for his behavior. I am sure that you are aware, however, that manic depressive illness is a pervasive disorder, which I am sure has contributed to any lapses of judgement that he may have had in the past.

In summary, Ernie is a remarkable person, who has accomplished much despite humble beginnings, who has stressed the importance of education and family to his children, all the while dealing with his own mental illness. Because of these significant factors, I believe that he is deserving of leniency in sentencing.

Sincerely yours,

Marc Werner, M.D.
MW:eb

**Garden City**
450 Endo Boulevard
Garden City, NY 11530
516-832-8000

**Hauppauge**
200 Motor Parkway, Suite D-25
Hauppauge, NY 11788
631-952-8000

**Manhattan**
185 Madison Avenue; 2nd Floor
New York, NY 10016
212-689-7676