Salvatore Cucchiari
78 Virginia Ave.
Long Beach, New York 11561
scucchiari@fairwaymarket.com

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Dear Judge Patterson:

I am writing on behalf of Ernest DeAngelis who I have known for 14 years. During this time our families have become close and we socialize frequently. Before I say more about the man I am proud to call my friend, let me say a word about myself.

For the past 12 years I have been a member of the senior management team at Fairway Markets—an upscale food retailer in the Greater Metro area. Prior to that I taught Anthropology— graduate and undergraduate—at Colgate University, Hofstra University, and Hunter College with a Ph.D. I earned in the subject at the University of Michigan in 1984.

Ernie is a voracious and insightful reader, a self-educated man who always has something of value to add to a conversation. As a loving family man, he is dedicated to the well-being of those he holds close. Most notable, however, is Ernie's generosity of spirit. Anybody who knows the man will tell you that over the years he has helped many family members and friends in need, always, I might add, quietly and without ostentation. Ernie focuses on the needs of others. He was certainly there for me in the darkest night of my life.

This December 8th it will be exactly one-year to the day. I was home relaxing with my wife when I received a call that would change my life forever. My 22-year old daughter—a brilliant and talented senior at Old Dominion University—was shot dead outside of a Norfolk Virginia restaurant by her ex-boyfriend. I dropped the phone and fell to the floor in what can only be called fetal shock. An immediate call from my wife and Ernie and his wife Camille were there within minutes. For the next several hours, Ernie sat with me, listened, and talked to me about the tragedies of his own life. The strength and compassion of his presence that night pulled me out of the first terrible shock of grief—a place I pray I will never see again in my life.

There are peak moments when people reveal themselves, show their true mettle, when all that they are is epitomized in an act or situation. The Ernie of that horrible night of December 8th 2006 is the Ernie DeAngelis that his family and friends not only love but regard with the deepest respect. As you weigh Ernie's sentence I urge that you do so leniently, with an eye towards the outstanding merit and decency of the man.

Thank you for considering my petition.

Sincerely,

*Salvatore Cucchiari*

Salvatore Cucchiari
CC: Murray Richman, Esq.

January 24, 2008

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      Re:    Earnest DeAngelis

Dear Judge Patterson:

    I am writing to you about my good friend, Earnest DeAngelis, to try to let you know something about his character. I have been in the business of printing labels and tags for over forty years. I am the president and owner of Ascot Tag & Label Company. I work here every day with my two sons and our 45 employees.

    I have known Ernie for about forty years. My wife and I are good friends with Ernie and his wife. We have vacationed together with our families in Aruba every February for over twenty-five years. We also usually travel together to Italy for a few weeks most years. Over the years, both on our vacations and during the very many other times we got together, I watched Ernie and his wife together raise four wonderful and responsible daughters. They have grown up to be responsible and upstanding individuals because of Ernie's guidance and love.

    Ernie is a very caring and compassionate man. When my wife Eileen was in a serious car crash about a year ago, Ernie called her every day to see how she was doing and to try to help her keep her spirits up through a difficult recovery. When I was in the hospital about twelve years ago to have a stent put in, Ernie was very supportive with both hospital visits and phone calls.

    I also know that Ernie provided for his wife's mother for at least the last ten years of her life, maybe longer. She died about three years ago. Before that, when she had a place of her own, Ernie got her a live-in nurse and I believe he paid for that expense himself. Then, when his mother-in-law became too ill to live on her own, he moved her into his own house and he and his wife took care of her so that she would not be alone. He also continued to pay for a live-in nurse for her while she stayed in his home.

    Ernie also supported his own mother and provided a place for her to live for about twenty years after his father died. I recognize that these are both examples of a man doing things for family members, but we all know plenty of people who would not go out of their way to help out their aged parents – and many more who would not take care of their in-laws. Ernie is not one of those people.

    And it is not just his mother and mother-in-law that Ernie has helped. He has been very supportive, both emotionally and financially, to his sister and his brother. He provided *ongoing*

financial support to his sister when she divorced and needed his help. He has also helped his younger brother who has suffered periodic bouts of depression.

    I am happy and proud to have a friend like Ernie. I would be happy to answer any questions that you and/or your staff might have for me abut Ernie DeAngelis.

Very truly yours,

Charles F. DeFranza