December 30, 2007

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Dear Judge Patterson,

I have been married to Ernie DeAngelis for thirty-eight years and I have known him and his family even longer.

Ernie as a young man took on the responsibility of supporting his mother at a very yearly age and until her death. We shared wonderful holidays with her and his siblings. Whenever there was a family crisis, he took full responsibility for each problem. He made her laugh all the time; mainly because they shared the same sense of humor. I feel that when most people lose a loved one, they have some sort of guilt about whether we did enough— I feel that Ernie should have none.

As a brother, cousin and friend, he has always been the person people come to speak to about their inner fears and doubts. He has never betrayed anyone's confidence or trust. I could write so many stories about how he helped people, but there is one story that comes to mind. When an old friend of his father's died, Ernie went to the apartment to pack up all his things and bring them to his family in Philadelphia. He found a bank book of the man's and sent it along to the family. When I asked him whether he opened it and whether there was a lot of money, he said, "I didn't look. That's none of my business." I was astonished. Most people would at least take a peek (I know I would).

Ernie has suffered from mental illness many times. He has had bouts of severe depression several times and was hospitalized four times. Each time, with the help of God and his inner strength, he has overcome it. But he takes it a day at a time and that's all he can do. I could write chapters and chapters about him. He has worked as a delivery boy as a teenager and has worked his way up to a Wall Street trader.

Life is less complicated now, as his four girls are grown. He has seen his first daughter, Tracy, graduate from Dartmouth and graduate from medical school, and become a neurologist at Mount Sinai. Our other daughter, Liza, graduated from the University of Maryland and is now an account director at an ad agency, and our twin daughters, Danielle and Marissa, are also graduates of the University of Maryland with degrees in journalism.

I think I have covered everything about Ernie as a son, brother, friend and father. Now I will tell you about me. I am his wife, his friend and I love him with all my heart and soul. After thirty-eight years, I still can't wait to see him when he comes through the door with that megawatt smile.

Everything I have written is the absolute truth.

Sincerely,
Camille DeAngelis

*(signed) Camille F. DeAngelis*