January 2, 2008

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Dear Judge Patterson,

    I could not have been more pleased or honored to write a character reference for such a genuinely fine person as Ernest DeAngelis. During my lifetime of eighty- four years, I have met only a few individuals that have impressed and garnered my respect as much as Ernie has. He embodies all that is "good and decent" and truly empowers and gives meaning to those two words.

    I have known and loved Ernie almost his entire life and have similarly known his family for over 70 years. Raised in the same neighborhood as his mother and father, I was able to see the stock from which Ernest grew; a true indication of the type of person he would grow up to be. His mother and father were fixtures in our church, Our Lady of Mt. Carmel, and clearly imbued Christian virtue as a way of life. I've watched Ernie grow from a happy young man into an absolutely devoted husband, father and successful businessman.

    His accomplishments are many, his proudest being his four beautiful, well-educated daughters. His eldest daughter, Tracy, is a Dartmouth graduated Neurologist at Mount Sinai Hospital in Manhattan. His other daughters Liza, Danielle and Marissa are equally successful…all representations of their parents in some way.

    Life's tragedies have a way of bringing out the very good or the very worst in people. And here too is evidence of just how special Ernie is. My husband died in 1969 at the very young age of 45. I was a widow with three very young and impressionable boys ages 4, 9, and 14. Ernie helped me immeasurably with them on every level- even to this day actually. I would need to write volumes to accurately describe the positive influence he has had on them.

    I have never had to make apologies in life as I have followed the rules, treated people as I would like to be treated, which has always seemed to work. I do apologize for "presuming" I am older and wiser than anyone

reading this letter, therefore expecting you to believe every word I've written...but you must.

I have been truly honored to watch Ernie grow into the fine man he is today. This letter is but a minute tribute to the man. He is-an absolute gem!

Most Sincerely,

*Francesca Tortorici*

Francesca Tortorici

WERNER, ZAROFF, SLOTNICK, STERN & ASHKENAZY, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW

FRED WERNER (RETIRED)
ALLAN R. ZAROFF
STEVEN J. SLOTNICK
HOWARD J. STERN
HYMAN S. ASHKENAZY

DAVID S. FORMAN**

360 MERRICK ROAD
LYNBROOK, N. Y. 11563

TELEPHONE: (516) 568-1850
TELECOPIER: (516) 825-2599

January 3, 2008

** ADMITTED FLA AND NJ
* ADMITTED NJ

Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York  10007

Dear Judge Patterson:

My name is Fred Werner and I have been a member of the New York State Bar for the past forty-eight (48) years. For the past twenty-two years, I have been a close friend of Ernie D'Angelis and our families have grown very close as well. During the years I practiced law, I represented Ernie and his family in various commercial and civil matters. I must emphasize, however, that my personal relationship with the D'Angelis family far exceeds the professional relationship.

The D'Angelis and Werner families have grown so very close that we celebrate both Catholic and Jewish holidays together and from time to time we vacation together. I speak with Ernie over the telephone twice a week and see him frequently throughout the year. I find Ernie to be a wonderful father and husband. His integrity and honesty are exceptional. Ernie is a religious person who attends Church every Sunday and is quite charitable as well.

Recently, an illness struck a member of my family and immediately Ernie and Camille, his wife, were at our house to lend comfort and support to my family. This type of act is not out of the ordinary for Ernie for he is generous and bighearted with all close friends as well as his own family.

The events of the last four months have been very painful for Ernie and his family.  As a close friend, I share in his pain.  For this I ask that you show him leniency in your sentencing of him.

                                Respectfully,

                                FRED WERNER

FW:dd

80-18 Margaret Place
Glendale, New York 11385
December 17, 2007

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street  Room 2550
New York, New York 10007

Dear Judge Patterson,

My name is Sylvester Cianca and I have been a friend of Ernest De Angelis for over fifty years. The Cianca-De Angelis friendship has spanned many generations. My father, Sylvester, and his father, Louis, were friends before we met.

Ernie and I went to the same high school and have remained in touch through the years. I have attended weddings, funerals, christenings, etc. in the De Angelis family.

He is part of a very close-knit family and has raised four college educated daughters. Ernie is the eldest son and is active in the lives of his family members as well as his extended family. He is the person that you can rely on for concern and support in any situation.

Over the years, I have witnessed many charitable acts peformed by Ernie. He always makes everyone else's troubles his own and tries to help out in any way he can to alleviate the problem. He has helped to organize many collections for out of work friends and is currently a part of the fund raising efforts of such organizations as Calvary Hospice located in the Bronx and Ring 8 which sees to the needs of ill and destitute boxers. He attends St. Ignatious Catholic Church in Long Beach, Long Island on a weekly basis and supports this church through their weekly collections.

His current legal situation has brought us closer together. He is a friend in need of my support and concern due to his fragile mental condition. I have conversations with him over the telephone several times per week and try to visit him and his family weekly to monitor his status. I couldn't ask for a better friend.

Respectfully,

*Sylvester Cianca*

Sylvester Cianca

January 5, 2008

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Dear Judge Patterson,

My name is Marilyn Biasucci and I am writing on behalf of my Uncle Ernest DeAngelis. I am aware that Uncle Ernie has pleaded guilty to criminal charges. I am extremely close to my uncle and his family and I speak to him on a daily basis. We are all obviously upset with the situation at hand, but we are optimistic that he will receive a lenient sentence.

My Uncle Ernie is not my blood uncle. He is married to my mother's sister, Camille DeAngelis. I feel that this is an important piece of information because my uncle has always treated me as a blood relative. In fact, he is like a second father to me. His kindness and compassion has always been an inspiration to me. Uncle Ernie has always supported me in all my endeavors without judgment. When I've made mistakes, as young people often do, he always found a way to turn it into a positive learning experience.

Uncle Ernie was at every important event throughout my life. He was there at my high school and three college graduation ceremonies. Seeing his face beam with pride as I received each degree, made it worth all my hard work.

No words can truly even express the love and admiration I have for my uncle. He is a great man, a wonderful father and terrific husband. If the world had a handful of men like my Uncle Ernie in it, it would be a much better place. I am blessed to know him and proud to call him my uncle.

Sincerely,

*Marilyn Biasucci*

Marilyn Biasucci

Tara DiNapoli

55 Sulgrave Road

Scarsdale, NY 10583


The Honorable Robert P. Patterson, Jr.

United States District Judge

Unites States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Patterson,

    I am writing to you, as a cousin of Ernie's through marriage. I was always impressed with Ernie from the first time I met him. He always had such a warm and welcoming way. He always made me feel like I was part of the family from day one. I never felt like I had to be nervous or uncomfortable around him. He always made the times together such happy ones. I still enjoy seeing him and his family.

    To judge someone's character, you must spend time with them and be able to know how they will react to situations. And just know their personality. I have spent several occasions with Ernie, not always good ones and I must say that he always displayed such warmth and concern. I have been on vacation with him and his family also and I envied how they all had such fun as a family and hoped one day that I would have as many good times and they did. His girls enjoyed being on vacation with him, even as they got older, which I found to be a wonderful thing.

    Ernie is a good, loving person with so many good qualities. He is full of wisdom and can always guide you in the right direction and willing to give you his advise and opinions. As an in-law, so to speak, I feel closer to Ernie, than I do with most of my family. I don't think that I could say anything negative about Ernie, the first things that come to mind, when I think of him are strong, warm, giving and loving.

    I have experienced wonderful times with Ernie and his family and feel honored to have shared so many of them with such a wonderful man. He has added so much to my life. I ask that you please take into consideration the qualities that I have mentioned about Ernie, when he appeals to you for sentencing.

Your truly,

Tara DiNapoli

*[signature]*

January 2, 2008

Dear Judge Patterson,

I am writing this letter on behalf of my brother-in-law, Ernest DeAngelis. I have known him for many years and he has always been respectful and kind. He is a loving and caring husband to my sister Camille and on a scale of one to ten he is over the top to his four daughters, Tracy, Liza, Danielle, and Marissa. My nieces have benefited greatly from the advice and support their father has given them over the years, and succeeded tremendously because of his guidance.

Ernest was a caring and devoted son to his parents, is a wonderful brother and uncle, and is always willing to help people in need and never refuses to help out a friend or family member.

I consider him my Sunday partner when we attend Mass at St. Ignatius Martyr in Long Beach.

Please be lenient in your sentencing for our family needs him home. He means everything that matters in life to his family and mine.

Sincerely,
Marilyn Biasucci

Joann DiNapoli

55 Sulgrave Road

Scarsdale, NY 10583


The Honorable Robert P. Patterson, Jr.

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street, Room 2550

New York, NY 10007


Dear Judge Patterson,

   As Ernie's cousin, I grew up with him in the same neighborhood. He was always good to us, especially my mother, who recently passed away. She would have had so much to say about Ernie's character. He was like a son to her and she could always count on him. My father passed away very young and it was just me, my sister and my mother. Ernie was always there for all of us. My mother was Ernie's aunt but the love she had for him was unbelievable, that of a son. You knew that you never had to hesitate to call on him for any reason. In times of trouble or grief and good times, he was always there.

   He is a good advisor, with much knowledge and always an open ear, and open mind and the time to give you. His four daughters are all wonderful girls, with good morals and backgrounds. The oldest being a doctor. He has always been a loving and responsible husband and father.

   I am appealing to you to consider all his good qualities when he appears for sentencing.


Yours truly,

*Joann DiNapoli* (signature)

Joann DiNapoli

*Richard D. Tevere*
*40 Winding Brook Road*
*New Rochelle, New York  10804*

December 27, 2007

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2550
New York, New York 10007

Dear Judge Patterson:

I have been a good friend to Ernie DeAngelis for nearly forty years. During our many years of friendship, Ernie has always been there in times of need especially when my wife was diagnosed with incurable Non-Hodgkin's Lymphoma. Knowing how distressed I was at that time, Ernie stepped up to the plate and offered to help in any way possible.

I am aware that Ernie has pleaded guilty to criminal charges. In spite of his guilty plea, I ask that you not judge Ernie harshly for this act of wrong doing. I can assure you that if you had the opportunity to know Ernie, as I do, you would also agree with my request to avail Ernie of the leanest sentence possible for a good and compassionate human being.

I thank you for your kind consideration.

Respectfully your,

*[signature: Richard D. Tevere]*

Richard D. Tevere