

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2008

The Honorable Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States* v. *Ernest D'Angelis,* 07 Cr. 889 (RPP)

Dear Judge Patterson:

This defendant is scheduled to be sentenced on April 10, 2008 at 4:00 p.m. The Government respectfully requests an adjournment of the sentencing until April 24 or 25, 2008. The defense consents to this request. The reason for the request is that Government counsel will be on trial before the Honorable John G. Koeltl in *United States* v. *Chelsy Samuel,* 06 Cr. 658 (JGK) beginning on April 10, 2008.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
David B. Massey
Assistant United States Attorney
(212) 637-2283

*Application granted. Sentence adjourned to 4/24/08 at 4PM. So ordered. RPP USDJ 4/9/08*

cc:   Murray Richman, Esq.
     Fax: 718 518 0674