LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

**MEMO ENDORSED**

April 23, 2008


RECEIVED APR 23 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Via Facsimile: (212) 805-7917

The Honorable Robert P Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

Re: *United States v. Ernest DeAngelis*
07 CR 889-07 (RPP)

Dear Judge Patterson:

I am unable to appear before this Court on Thursday, April 24, 2008, at 4:00 P.M. in the above matter, I will be actually engaged on trial in the matter of the *United States of America v. Kenroy Gladden*, Ind. # S1 07 Cr. 1229 (JSR), before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York.

I am respectfully requesting that the time be changed from 4:00 P.M. to 5:00 P.M. for sentencing. I have left a message for AUSA David Massey regarding this request.

I apologize for the inconvenience. Thank you for consideration in this matter.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: AUSA David Massey
    Via Fax # (212) 637-2937

*Application granted. So ordered. Robert P. Patterson USDJ 4-23-08*