UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
UNITED STATES OF AMERICA,
                                   :    ORDER OF FORFEITURE

           -v-                     :    07 Cr. 889 (RPP)
ERNEST DEANGELIS
    a/k/a "Ernie,"                 :

           Defendant.              :
----------------------------------x

WHEREAS, on or about September 19, 2007, ERNEST

DEANGELIS a/k/a "Ernie"(the "defendant"), among others, was

charged in a two-count Indictment 07 Cr. 889 (RPP) (the

"Indictment") with conspiring from 2006 through July 2007 to

operate an illegal gambling business in violation of 18 U.S.C. §

371;

WHEREAS, the Indictment included a forfeiture

allegation pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461, seeking the forfeiture of all property, real and personal,

that constitutes or is derived from proceeds traceable to the

commission of the offenses alleged in the Indictment, including

but not limited to the following:

     a.    At least $5,000,000 in United States currency, in
           that such sum in aggregate is property
           representing the amount of proceeds obtained as a
           result of the offenses for which the defendants
           are jointly and severally liable;

WHEREAS, on or about November 1, 2007, the defendant

pled guilty to Count One of the Indictment pursuant to a plea

agreement;

WHEREAS, on April 24, 2008, the defendant was sentenced and ordered to forfeit an amount of $\$10,000.\underline{00}$ in United States Currency;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     As a result of the offenses in the Indictment, for which the Defendant was found guilty, a money judgment in the amount of $\$10,000.\underline{00}$ shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, ERNEST DEANGELIS, at the time of sentencing and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's

2

Office, Southern District of New York, Attn: Asset Forfeiture

Unit, One St. Andrews Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this

Order, and to amend it as necessary, pursuant to Federal Rule of

Criminal Procedure 32.2(e).

6. The Clerk of the Court shall forward four

certified copies of this Order to Assistant United States

Attorney Sharon Cohen Levin at the United States Attorney's

Office for the Southern District of New York, One St. Andrew's

Plaza, New York, New York 10007.

Dated: New York, New York
       April 24, 2008

SO ORDERED:

HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE

3